```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
A.W., *individually and on behalf of E.D., a child with a* :
*disability*, :
 :
 :
                               Plaintiffs,      :      20-CV-6799 (JPC) (SN)
 :
            -v-                                   :         NOTICE OF
 :       REASSIGNMENT
NEW YORK CITY DEPARTMENT OF EDUCATION, :
 :
                          Defendant. :
 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at [https://www.nysd.uscourts.gov/hon-john-p-cronan](https://www.nysd.uscourts.gov/hon-john-p-cronan).**  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

      SO ORDERED.

Dated: October 19, 2020                                  _____
       New York, New York                            JOHN P. CRONAN
                                                           United States District Judge