UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
A.W., *individually, and on behalf of E.D., a child with a*         :
*disability*,                                                       :
                                                                    :
                                    Plaintiff,                      :         20 Civ. 6799 (JPC) (SN)
                                                                    :
              -v-                                                   :         ORDER
                                                                    :
NEW YORK CITY DEPARTMENT OF EDUCATION                               :
*et al.*,                                                           :
                                                                    :
                                    Defendants.                     :
                                                                    :
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The parties shall appear at a conference on March 10, 2022 at 2:00 p.m.  The Court will

address the pending motion.  Dkt. 19.  At the scheduled time, counsel for all parties should call

(866) 434-5269, access code 9176261.

        SO ORDERED.

Dated: March 4, 2022
       New York, New York                              _____
                                                              JOHN P. CRONAN
                                                           United States District Judge